UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
FRANKFORT

CRIMINAL ACTION NO. 3:25-cr-05-GFVT-MAS

UNITED STATES OF AMERICA                                                                 PLAINTIFF

V.                             **ORDER FOR ISSUANCE OF SUMMONS**

**HOWARD KEITH HALL**                                                                    DEFENDANT

\* \* \* \* \*

The Court ORDERS that the Motion of the United States for issuance of summons is GRANTED, and Summons shall be ISSUED for the Defendant, **HOWARD KEITH HALL**, to APPEAR in United States District Court at Lexington, Kentucky, on **May 16, 2025, at 9:00 a.m.,** and shall DIRECT the Defendant to contact the United States Probation Office in Frankfort, Kentucky, at telephone number (502) 227-4667, within 48 hours of the receipt of the Summons, excluding weekends, in order to arrange an interview by the United States Probation Office for the purpose of obtaining information pertaining to the pretrial release of the Defendant.

On this __17__ day of _____April_____ 2025.

_____
UNITED STATES DISTRICT JUDGE

Copies:   United States Marshal
          United States Probation
          Kate K. Smith, Assistant United States Attorney