UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
FRANKFORT

UNITED STATES OF AMERICA

v.                                                              Criminal No. 3:25-cr-00005-GFVT-MAS

HOWARD KEITH HALL,

   *Defendant.*

---

### DEFENDANT'S NOTICE OF DISCOVERY REQUESTS
---

Comes the defendant, Howard Keith Hall, by counsel, and hereby gives notice that the attached correspondence (Exhibit A) dated May 19, 2025, requesting discovery from the government was served via email on this 19th day of May, 2025.

Respectfully submitted,

TRUE GUARNIERI AYER, LLP

  /s/ J. Guthrie True
J. Guthrie True
124 Clinton Street
Frankfort, KY 40601
Telephone: (502) 605-9900
Facsimile: (502) 605-9901
E-mail: gtrue@truelawky.com

Counsel for Defendant

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of the foregoing has been served on all counsel of record this 19th day of May, 2025, by filing a copy of the same with the Electronic Court Filing System of the United States District Court for the Eastern District of Kentucky.

                                                      /s/ J. Guthrie True
                                                     Counsel for Defendant