UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION - FRANKFORT
CRIMINAL MINUTES-GENERAL

Case No: 3:25-cr-05-01-GFVT     at: Frankfort     Date: June 10, 2025

U.S.A. vs. Howard Keith Hall   X present   __ custody   X bond   __ OR   Age:

PRESENT: HON. _____, U.S. DISTRICT JUDGE
GREGORY F. VAN TATENHOVE

Counsel for the United States:     Kate Smith, II, AUSA

Counsel for the Defendant:         J. Guthrie True, Retained

Court Reporter: Sandy Wilder              Courtroom Deputy: Mary Jane Younce

PROCEEDINGS:     TELEPHONIC SCHEDULING CONFERENCE

This matter was called for a telephone conference to discuss rescheduling the Trial in this matter. Counsel and Mr. Hall was present as noted above. The Court having heard counsel and being otherwise duly and sufficiently advised, hereby ORDERS as follows:

1. The Defendant's Motion to Continue Trial in this matter, R. 16 is GRANTED IN PART. The Motion is granted to the extent the Jury Trial currently scheduled for Monday July 14, 2025, shall be RESCHEDULED to Monday, November 10, 2025, at the hour of 10:00 am with counsel present at 9:30 am in Frankfort, Kentucky. The Court reserves ruling on whether this case should be declared complex. Counsel advised the length of trial is eight (8) days.

2. The pretrial deadlines set forth in the Court's Standing Pretrial and Trial Management Order shall be relative to this new trial date;

3. The time between July 14, 2025, and November 10, 2025, is DECLARED excludable, as the Court FINDS that the ends of justice served by the granting of such continuance outweigh the best interests of the public and the Defendant in a speedy trial.

This the 10th day of June 2025.

cc: COR, USM, USPO,
Deputy Clerk Initials: MJY
TIC: 0/09