UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
FRANKFORT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | Case No. 3:25-cr-00005-GFVT-MAS |
| v. | ) | |
| | ) | **ORDER** |
| HOWARD KEITH HALL, | ) | |
| Defendant. | ) | |

\*\*\*   \*\*\*   \*\*\*   \*\*\*

This matter is before the Court on Defendant Hall's Motion to Dismiss Indictment. [R. 21.] In its discretion, the Court will hold a hearing on the matter. Accordingly, and the Court being otherwise sufficiently advised, it is hereby **ORDERED** that a hearing on the Motion is **SCHEDULED** for **Tuesday, October 7, 2025,** at the hour of **3:30 p.m.** before Judge Van Tatenhove at the United States Courthouse in **Frankfort,** Kentucky.

This the 26th day of August, 2025.

Gregory F. Van Tatenhove
United States District Judge