UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
**CENTRAL DIVISION at FRANKFORT**

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>  )<br>  Plaintiff,  )<br>  )<br>v.  )<br>  )<br>HOWARD KEITH HALL,  )<br>  )<br>  Defendant.  )<br>  ) | Criminal Action No.<br>3:25-cr-5-GFVT-MAS |

**ORDER**

The Kentucky Judicial Conduct Commission has filed a Motion to Quash. [DE 34]. The Court orders the Defendant to file a response to the Motion within seven (7) days.

Entered this the 19th day of September, 2025.

MATTHEW A. STINNETT
UNITED STATES MAGISTRATE JUDGE
EASTERN DISTRICT OF KENTUCKY