UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
FRANKFORT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 3:25-cr-00005-GFVT-MAS |
| | ) | |
| v. | ) | |
| | ) | **ORDER** |
| HOWARD KEITH HALL, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

\*\*\*   \*\*\*   \*\*\*   \*\*\*

During the September 30, 2025, Motion Hearing the Court discussed scheduling jury selection for this matter with Defense counsel and the United States. At that hearing the Court indicated that, due to scheduling constraints, jury selection will begin on Friday, November 7, 2025, with opening statements to begin on Monday, November 10, 2025.

Accordingly, and the Court being otherwise sufficiently advised, it is hereby **ORDERED** that jury selection is **SCHEDULED** for **Friday, November 7, 2025,** at the hour of **10 a.m.** with **counsel to arrive at 9:30 a.m.** before Judge Van Tatenhove at the United States Courthouse in **Frankfort,** Kentucky.

This the 8th day of October, 2025.

Gregory F. Van Tatenhove
United States District Judge