# Exhibit A

FROM :                    FAX NO. :6064379107                Aug. 29 2014 02:42PM  P2

### OFFICE OF
### HOWARD KEITH HALL
PIKE COUNTY ATTORNEY
P. O. BOX 1289
PIKEVILLE, KENTUCKY 41502-1289

TELEPHONE: (606) 432-6250
FAX: (606) 432-3016

*logged*
*EH 9/3/14*

August 29, 2014

Prosecutors Advisory Council Staff
1024 Capital Center Drive
Frankfort, Ky 40601-8204

Dear PAC Staff,

PT-007/30004957

   This letter is to inform you that effective September 1, 2014, Tonnie J. Keene will no longer be on the PAC payroll.    *Aug 31,*

   Effective September 1, 2014, Cullen Hall, social security #▮▮▮▮▮, will be filling the position vacated by Tonnie J. Keene, with the annual salary of $27,500.00.

Thank you for your attention to this matter.

Sincerely,

Howard Keith Hall
Pike County Attorney

USA-00000703

**OFFICE OF**
# HOWARD KEITH HALL
PIKE COUNTY ATTORNEY
P.O. BOX 1289
PIKEVILLE, KENTUCKY 41502-0289

TELEPHONE: (606) 433-1822
FAX: (606) 432-3016

Logged
EA 11-8

3/18/18

October 11, 2017

Cullen Hall


Please be advised that your employment with the Prosecutor's Advisory Council (PAC) will terminate on October 31, 2017.

Sincerely,

Howard Keith Hall
Pike County Attorney

USA-00000700

OFFICE OF
**HOWARD KEITH HALL**
PIKE COUNTY ATTORNEY
P.O. BOX 1289
PIKEVILLE, KENTUCKY 41502-0289

TELEPHONE: (606) 433-1822
FAX: (606) 432-3016

*lossed*
*EHA*
*10/23/18*

October 23, 2018

Prosecutors Advisory Council Staff
1024 Capital Center Drive
Frankfort, KY 40601-8204

Dear Pac Staff:

*PT-007/30004957*

*P# 311818*

This letter is to inform you, that as of October 16, 2018, Cullen Hall, will be filling the vacant position of a part-time Legal Secretary.

Mr. Deskins formerly held the same position with us as Legal Secretary, and was on the Pac payroll until termination on October 31, 2017. His annual salary will be $27,~~274.96~~ 775, which was the same as during his previous employment.

Sincerely,

Howard K. Hall

USA-00000683

OFFICE OF
# HOWARD KEITH HALL
PIKE COUNTY ATTORNEY
P.O. BOX 1289
PIKEVILLE, KENTUCKY 41502-1289

TELEPHONE 606/432-6250
FAX 606/432-3016

*logged*
*E+A*
*6/16/2020*

June 15, 2020

RE: Termination of Employment

Cullen Hall


Dear Mr. Cullen Hall,  PT-007/30004957

    This letter is to notify you that your last day of employment with the Pike County Attorney's Office will be the close of business, June 30th, 2020.

    Thanks for your service.

Sincerely,

*[signature]*

Howard Keith Hall
Pike County Attorney

P# 311818

USA-00000679