# Exhibit B

9/24/2020                                                    Mail - Kevin Keene (Pike Cty) - Outlook

## Changes within the year

Julie Cox (PAC) <jcox@prosecutors.ky.gov>
Thu 9/24/2020 11:06 AM

To: Kevin Keene (Pike Cty) <kkeene@prosecutors.ky.gov>

Kevin,

I understand you want to know any personnel changes that have happened in the last year to your office. Listed below is the changes that PAC has for your office. This is everything for 2020, unfortunately I'm working from home and my internet is very slow so I will get you the 2019 changes when my computer gets caught up. I hope this helps for now.

| Tonnie Keene | Appointed | 8/1/2020 | $6,000 annually |
| Cullen Hall | Terminated | 6/30/2020 | $6,000 |
| Michael Hall | Resigned | 5/14/2020 | $6,000 |
| Robert Poulos | Salary Increase | 5/1/2020 | from $22,154 to $28,154 |
| Tawanna Huffman | Salary Increase | 5/1/2020 | from $31,664 to $44,664 |
| Karen Harr | Salary Increase | 5/1/2020 | from $27,775 to $33,775 |
| Michael Hall | Salary Decrease | 5/1/2020 | from $34,736 to $6,000 |
| Cullen Hall | Salary Decrease | 5/1/2020 | from $27,775 to $6,000 |
| Donald Deskins | Salary Increase | 5/1/2020 | from $38,491 to $54,441 |
| Tommy Chamberlin | Salary Increase | 5/1/2020 | from $42,000 to $51,561 |

Thank you,
Julie Cox, HR Administrator
PAC

USA-00031185