# Exhibit C



PIKE COUNTY ATTORNEY OFFICE
PO BOX 1350 STE 100
PIKEVILLE KY 41501-1350

**Business Statement**

Account Number: 9818

Statement Period:
Nov 1, 2019
through
Nov 29, 2019

Page 2 of 6



# SILVER BUSINESS CHECKING

U.S. Bank National Association

Member FDIC

Account Number -9818

## Account Summary

|  | # Items |  | Amount |
|---|---|---|---|
| Beginning Balance on Nov 1 |  | $ | 19,844.99 |
| Customer Deposits | 1 |  | 32,018.96 |
| Other Deposits | 2 |  | 2,336.00 |
| Other Withdrawals | 7 |  | 31,830.54- |
| Checks Paid | 11 |  | 22,788.40- |
| Ending Balance on Nov 30, 2019 | $ |  | 418.99- |

## Customer Deposits

| Number | Date | Ref Number | Amount |
|---|---|---|---|
|  | Nov 12 | 8359432932 | 32,018.96 |
|  |  | **Total Customer Deposits** | **$ 32,018.96** |

## Other Deposits

| Date | Description of Transaction |  | Ref Number | Amount |
|---|---|---|---|---|
| Nov 29 | Overdraft Paid Fee | Waived |  | $ 36.00 |
| Nov 29 | Overdraft Protection | Transfer From Line Ending in 9818 | 2900000420 | 2,300.00 |
|  |  | **Total Other Deposits** |  | **$ 2,336.00** |

## Other Withdrawals

| Date | Description of Transaction |  | Ref Number | Amount |
|---|---|---|---|---|
| Nov 14 | Electronic Withdrawal REF=193170094891190N00 | To KY RETIRE S 91900000QAMEMBERSHIP134379 |  | $ 15,101.26- |
| Nov 15 | Analysis Service Charge |  | 1500000000 | 5.00- |
| Nov 15 | Electronic Withdrawal REF=193180122314290N00 | To PAYDATA KE 1611390226TAX IMPOUN610948895 |  | 2,323.21- |
| Nov 15 | Electronic Withdrawal REF=193180122314270N00 | To PAYDATA KE 1611390226DIR DEP 610948895 |  | 6,020.92- |
| Nov 27 | Electronic Withdrawal REF=193300154664890N00 | To PAYDATA KE 1611390226TAX IMPOUN610948895 |  | 2,323.25- |
| Nov 29 | Overdraft Paid Fee |  |  | 36.00- |
| Nov 29 | Electronic Withdrawal REF=193300154664870N00 PAYDATA KE | To PAYDATA KE 1611390226DIR DEP 610948895 0006020.9 |  | 6,020.90- |
|  |  | **Total Other Withdrawals** |  | **$ 31,830.54-** |

## Checks Presented Conventionally

| Check | Date | Ref Number | Amount | Check | Date | Ref Number | Amount |
|---|---|---|---|---|---|---|---|
| 14676 | Nov 4 | 8056050813 | 292.60 | 14684 | Nov 26 | 8356707117 | 75.00 |
| 14677 | Nov 4 | 8053268148 | 211.80 | 14685 | Nov 21 | 8953677857 | 75.00 |
| 14678 | Nov 5 | 8357987434 | 84.00 | 14686 | Nov 12 | 8351243329 | 20,000.00 |
| 14679 | Nov 5 | 8357297505 | 176.40 | 14688* | Nov 19 | 8355611313 | 166.58 |
| 14682* | Nov 1 | 9253048309 | 1,500.00 | 14691* | Nov 26 | 8356707123 | 171.14 |
| 14683 | Nov 26 | 8356502427 | 35.88 |  |  |  |  |

* Gap in check sequence

**Conventional Checks Paid (11)**   $ 22,788.40-

## Balance Summary

| Date | Ending Balance | Date | Ending Balance | Date | Ending Balance |
|---|---|---|---|---|---|
| Nov 1 | 18,344.99 | Nov 14 | 14,497.89 | Nov 26 | 5,625.16 |
| Nov 4 | 17,840.59 | Nov 15 | 6,148.76 | Nov 27 | 3,301.91 |
| Nov 5 | 17,580.19 | Nov 19 | 5,982.18 | Nov 29 | 418.99- |
| Nov 12 | 29,599.15 | Nov 21 | 5,907.18 |  |  |

Balances only appear for days reflecting change.

14682





Amanda
20191101 009253048309 1500.00
24011846781050 494719818

Amanda Davis
BC-MN-H21P
, ,

USA-00023448


Case: 3:25-cr-00005-GFVT-MAS   Doc #: 44-3   Filed: 10/27/25   Page: 4 of 19 - Page ID#: 501

**usbank**    PIKE COUNTY ATTORNEY OFFICE    **Business Statement**
PO BOX MAIN STE 100    Account Number: 9818
PIKEVILLE KY  41501-1359
Statement Period: Oct 1, 2019 through Oct 31, 2019



Page 2 of 5

# SILVER BUSINESS CHECKING

U.S. Bank National Association     Member FDIC
Account Number -9818

## Account Summary

|  | # Items |  |  |
|---|---|---|---|
| Beginning Balance on Oct 1 |  | $ | 35,322.11 |
| Customer Deposits | 1 |  | 20,982.62 |
| Other Withdrawals | 6 |  | 32,362.38- |
| Checks Paid | 13 |  | 4,097.36- |
| **Ending Balance on Oct 31, 2019** |  | **$** | **19,844.99** |

## Customer Deposits

| Number | Date | Ref Number | Amount |
|---|---|---|---|
|  | Oct 8 | 8357626585 | 20,982.62 |

Total Customer Deposits    $    20,982.62

## Other Withdrawals

| Date | Description of Transaction |  | Ref Number | Amount |
|---|---|---|---|---|
| Oct 15 | Analysis Service Charge |  | 1500000000 | $ 5.00- |
| Oct 15 | Electronic Withdrawal REF=192880129398150N00 | To PAYDATA KE 1611390226TAX IMPOUN610948895 |  | 2,323.21- |
| Oct 15 | Electronic Withdrawal REF=192880129398130N00 | To PAYDATA KE 1611390226DIR DEP  610948895 |  | 6,020.92- |
| Oct 15 | Electronic Withdrawal REF=192840053785700N00 | To KY RETIRE S 91900000QAMEMBERSHIP132991 |  | 15,669.10- |
| Oct 30 | Electronic Withdrawal REF=193020092594570N00 | To PAYDATA KE 1611390226TAX IMPOUN610948895 |  | 2,323.25- |
| Oct 30 | Electronic Withdrawal REF=193020092594550N00 | To PAYDATA KE 1611390226DIR DEP  610948895 |  | 6,020.90- |

Total Other Withdrawals    $    32,362.38-

## Checks Presented Conventionally

| Check | Date | Ref Number | Amount | Check | Date | Ref Number | Amount |
|---|---|---|---|---|---|---|---|
| 14663 | Oct 18 | 9254760084 | 23.10 | 14671 | Oct 24 | 8954239330 | 35.88 |
| 14664 | Oct 2 | 8653869214 | 173.35 | 14672 | Oct 25 | 9254785316 | 75.00 |
| 14665 | Oct 4 | 9253552506 | 58.34 | 14673 | Oct 28 | 8056083227 | 50.00 |
| 14667* | Oct 2 | 8653801053 | 1,500.00 | 14674 | Oct 29 | 8350774186 | 57.94 |
| 14668 | Oct 2 | 8654949383 | 224.46 | 14675 | Oct 29 | 8355627977 | 41.30 |
| 14669 | Oct 15 | 8351163743 | 75.00 | 14681* | Oct 29 | 8356516827 | 282.99 |
| 14670 | Oct 16 | 8656567653 | 1,500.00 |  |  |  |  |

\* Gap in check sequence     Conventional Checks Paid (13)    $    4,097.36-

## Balance Summary

| Date | Ending Balance | Date | Ending Balance | Date | Ending Balance |
|---|---|---|---|---|---|
| Oct 2 | 33,424.30 | Oct 16 | 28,755.35 | Oct 28 | 28,571.37 |
| Oct 4 | 33,365.96 | Oct 18 | 28,732.25 | Oct 29 | 28,189.14 |
| Oct 8 | 54,348.58 | Oct 24 | 28,696.37 | Oct 30 | 19,844.99 |
| Oct 15 | 30,255.35 | Oct 25 | 28,621.37 |  |  |

Balances only appear for days reflecting change.





```
Amanda
20191016 008656567653 1500.00
24011846781050 494719818

Amanda Davis
BC-MN-H21P
,,
```





```
Amanda
20191002 008653801053 1500.00
24011846781050 494719818

Amanda Davis
BC-MN-H21P
,,
```



PIKE COUNTY ATTORNEY OFFICE
PYTAMA STE 100
PIKEVILLE KY 41501-1356

**Business Statement**

Account Number: 9818

Statement Period:
Sep 3, 2019
through
Sep 30, 2019

Page 2 of 7



# SILVER BUSINESS CHECKING

Member FDIC

U.S. Bank National Association

Account Number -9818

## Account Summary

| | # Items | | |
|---|---|---|---|
| Beginning Balance on Sep 3 | | $ | 50,313.73 |
| Customer Deposits | 1 | | 28,402.77 |
| Other Withdrawals | 7 | | 33,195.85- |
| Checks Paid | 24 | | 10,198.54- |
| Ending Balance on Sep 30, 2019 | | $ | 35,322.11 |

## Customer Deposits

| Number | Date | Ref Number | Amount |
|---|---|---|---|
| | Sep 10 | 8357728847 | 28,402.77 |
| | | **Total Customer Deposits** | **$ 28,402.77** |

## Other Withdrawals

| Date | Description of Transaction | | Ref Number | Amount |
|---|---|---|---|---|
| Sep 3 | Automatic Payment | Reserve Line | 0300000391 | $ 63.57- |
| Sep 12 | Electronic Withdrawal | To KY RETIRE S | | 15,669.10- |
| | REF=192540049936080N00 | 91900000QAMEMBERSHIP131619 | | |
| Sep 13 | Electronic Withdrawal | To PAYDATA KE | | 2,448.13- |
| | REF=192550068644020N00 | 1611390226TAX IMPOUN610948895 | | |
| Sep 13 | Electronic Withdrawal | To PAYDATA KE | | 6,280.98- |
| | REF=192550068644000N00 | 1611390226DIR DEP 610948895 | | |
| Sep 16 | Analysis Service Charge | | 1600000000 | 5.00- |
| Sep 30 | Electronic Withdrawal | To PAYDATA KE | | 2,448.06- |
| | REF=192730126460590N00 | 1611390226TAX IMPOUN610948895 | | |
| Sep 30 | Electronic Withdrawal | To PAYDATA KE | | 6,281.01- |
| | REF=192730126460570N00 | 1611390226DIR DEP 610948895 | | |
| | | **Total Other Withdrawals** | | **$ 33,195.85-** |

## Checks Presented Conventionally

| Check | Date | Ref Number | Amount | Check | Date | Ref Number | Amount |
|---|---|---|---|---|---|---|---|
| 14636 | Sep 27 | 8954748183 | 585.00 | 14652 | Sep 3 | 8359190559 | 735.42 |
| 14641* | Sep 6 | 9253747988 | 50.85 | 14653 | Sep 12 | 8954698193 | 75.00 |
| 14642 | Sep 5 | 8953673506 | 211.80 | 14654 | Sep 10 | 8356459303 | 75.00 |
| 14643 | Sep 9 | 8050830171 | 58.30 | 14655 | Sep 16 | 8055233616 | 1,050.00 |
| 14644 | Sep 13 | 9253040596 | 20.48 | 14656 | Sep 20 | 9250057594 | 1,500.00 |
| 14645 | Sep 9 | 8054059579 | 113.53 | 14657 | Sep 23 | 8057069276 | 169.00 |
| 14646 | Sep 3 | 8351494754 | 1,500.00 | 14658 | Sep 23 | 8054412731 | 176.40 |
| 14647 | Sep 6 | 9253747987 | 79.75 | 14659 | Sep 18 | 8654017428 | 50.00 |
| 14648 | Sep 4 | 8655893036 | 340.00 | 14660 | Sep 30 | 8053216755 | 211.80 |
| 14649 | Sep 4 | 8655893037 | 340.00 | 14661 | Sep 30 | 8057468195 | 31.25 |
| 14650 | Sep 4 | 8655893033 | 350.00 | 14662 | Sep 30 | 8053499055 | 43.54 |
| 14651 | Sep 4 | 8655893044 | 340.00 | 14666* | Sep 30 | 8057196664 | 2,091.42 |

* Gap in check sequence       **Conventional Checks Paid (24)**   **$ 10,198.54-**

## Balance Summary

| Date | Ending Balance | Date | Ending Balance | Date | Ending Balance |
|---|---|---|---|---|---|
| Sep 3 | 48,014.74 | Sep 10 | 74,458.28 | Sep 20 | 47,359.59 |
| Sep 4 | 46,644.74 | Sep 12 | 58,714.18 | Sep 23 | 47,014.19 |
| Sep 5 | 46,432.94 | Sep 13 | 49,964.59 | Sep 27 | 46,429.19 |
| Sep 6 | 46,302.34 | Sep 16 | 48,909.59 | Sep 30 | 35,322.11 |
| Sep 9 | 46,130.51 | Sep 18 | 48,859.59 | | |

Balances only appear for days reflecting change.

14646



PIKE COUNTY ATTORNEY
TAX DIVISION
P.O. BOX 1289
PIKEVILLE, KY 41502-1289

USBANK
73-17/421

One Thousand Five Hundred & no/100

DATE 8/30/19   AMOUNT $1,500.00

PAY TO THE ORDER OF Justin Cory Hamilton Atty at Law

AUTHORIZED SIGNATURE

⑈014646⑈ ⑆042100175⑆  9818⑈

001000 000078870 08302019

001000  0000078870  08302019
<042102694>
Community Trust Bank

Amanda
20190903 008351494754 1500.00
24011846781050 494719818

Amanda Davis
BC-MN-H21P
, ,

USA-00023407





Amanda
20190920 009250057594 1500.00
24011846781050 494719818

Amanda Davis
BC-MN-H21P

, ,

USA-00023425


PIKE COUNTY ATTORNEY OFFICE
GERMAIN MAS 100
PIKEVILLE KY  41501-1358

Business Statement

Account Number:
9818

Statement Period:
Aug 1, 2019
through
Aug 30, 2019

Page 2 of 5



## SILVER BUSINESS CHECKING (CONTINUED)
U.S. Bank National Association                                                      Account Number        -9818

### Other Withdrawals (continued)
| Date | Description of Transaction | | Ref Number | Amount |
|---|---|---|---|---|
| Aug 30 | Electronic Withdrawal | To PAYDATA KE | | 6,281.01- |
|  | REF=192410139819470N00 | 1611390226DIR DEP | 610948895 | |
|  |  | **Total Other Withdrawals** | **$** | **33,047.23-** |

### Checks Presented Conventionally
| Check | Date | Ref Number | Amount | Check | Date | Ref Number | Amount |
|---|---|---|---|---|---|---|---|
| 14599 | Aug 7 | 8653478626 | 200.00 | 14633 | Aug 16 | 9254959669 | 75.00 |
| 14614* | Aug 1 | 8954494258 | 74.10 | 14634 | Aug 9 | 9253968456 | 75.00 |
| 14625* | Aug 26 | 8053418163 | 3,614.94 | 14635 | Aug 13 | 8356686866 | 609.00 |
| 14628* | Aug 6 | 8356410448 | 50.00 | 14637* | Aug 16 | 9253059157 | 1,500.00 |
| 14629 | Aug 15 | 8954331476 | 74.10 | 14638 | Aug 15 | 8953792437 | 500.00 |
| 14630 | Aug 12 | 8055329355 | 340.00 | 14639 | Aug 26 | 8057586776 | 16.50 |
| 14631 | Aug 12 | 8056362719 | 3,000.00 | 14640 | Aug 28 | 8654056891 | 176.40 |
| 14632 | Aug 14 | 8651307980 | 254.97 | | | | |

* Gap in check sequence                                           **Conventional Checks Paid (15)   $    10,560.01-**

### Balance Summary
| Date | Ending Balance | Date | Ending Balance | Date | Ending Balance |
|---|---|---|---|---|---|
| Aug 1 | 51,663.63 | Aug 13 | 89,508.53 | Aug 19 | 62,850.65 |
| Aug 6 | 51,613.63 | Aug 14 | 89,248.56 | Aug 26 | 59,219.21 |
| Aug 7 | 51,413.63 | Aug 15 | 79,945.38 | Aug 28 | 59,042.81 |
| Aug 9 | 93,457.53 | Aug 16 | 78,370.38 | Aug 30 | 50,313.73 |
| Aug 12 | 90,117.53 | | | | |

Balances only appear for days reflecting change.

## BUSINESS RESERVE LINE
U.S. Bank National Association                                         Account Number 0-004-9471-9818

| Activity Summary | | | Payment Information | | |
|---|---|---|---|---|---|
| Previous Balance | $ | 2,144.85 | New Balance | $ | 2,119.20 |
| Payments and Credits | | 64.34- | Minimum Payment Due | $ | 63.57 |
| Interest Charged | | 38.69 | Payment Due Date | | Sep 1, 2019 |
| **New Balance as of Aug 31, 2019** | **$** | **2,119.20** | | | |
| Credit Line | $ | 2,300.00 | | | |
| Available Credit | $ | 180.80 | | | |

### Interest Charge Calculation

Your Annual Percentage Rate (APR) is the annual interest rate on your account.
To figure the "INTEREST CHARGE" on your account, we apply an Annual Percentage Rate of 21.90% to the **Balance Subject to Interest Rate** in the amount of $2,080.51 resulting in an Interest Charge of $38.69. The number of days in your billing cycle is 31. Refer to the back of page 1 of this statement for additional information on the calculation of your **Balance Subject to Interest Rate**, dispute resolution and billing rights.

### Transactions
| Date | Description of Transaction | | | Amount |
|---|---|---|---|---|
| Aug 1 | Automatic Payment | From Checking | $ | 64.34- |

### Interest Charged
| Date | Description of Transaction | | | Amount |
|---|---|---|---|---|
| Aug 30 | Interest Charged | Applied on 083119 | $ | 38.69 |
| | | **TOTAL INTEREST CHARGED THIS PERIOD** | **$** | **38.69** |





Amanda
20190816 009253059157 1500.00
24011846781050 494719818

Amanda Davis
BC-MN-H21P

, ,

USA-00023402


PIKE COUNTY ATTORNEY OFFICE
GERWIN-MAS 100
PIKEVILLE KY  41501-1358

Case: 3:25-cr-00005-GFVT-MAS   Doc #: 44-3   Filed: 10/27/25   Page: 12 of 19
Page ID#: 509

Business Statement
Account Number:
9818
Statement Period:
Jul 1, 2019
through
Jul 31, 2019

Page 2 of 7



## SILVER BUSINESS CHECKING (CONTINUED)
U.S. Bank National Association                                                         Account Number      9818

### Other Withdrawals (continued)

| Date | Description of Transaction | | Ref Number | Amount |
|---|---|---|---|---|
| Jul 30 | Electronic Withdrawal  REF=192100190162130N00 | From PAYDATA KE  1611390226DIR DEP  610948895 | | 6,281.00- |
| | | Total Other Withdrawals | $ | 33,778.49- |

### Checks Presented Conventionally

| Check | Date | Ref Number | Amount | Check | Date | Ref Number | Amount |
|---|---|---|---|---|---|---|---|
| 14596 | Jul 3 | 8655491970 | 75.00 | 14613 | Jul 8 | 8058452032 | 500.00 |
| 14601* | Jul 8 | 8053614347 | 236.80 | 14615* | Jul 29 | 8056657994 | 61.21 |
| 14602 | Jul 3 | 8655491971 | 75.00 | 14616 | Jul 29 | 8053071477 | 211.80 |
| 14603 | Jul 3 | 8654403224 | 75.00 | 14617 | Jul 24 | 8653300087 | 38.54 |
| 14604 | Jul 9 | 8356406698 | 1,050.00 | 14618 | Jul 24 | 8652995311 | 38.54 |
| 14605 | Jul 8 | 8051335126 | 57.73 | 14619 | Jul 25 | 8953388057 | 818.24 |
| 14606 | Jul 2 | 8357627466 | 360.71 | 14620 | Jul 24 | 8653754351 | 456.75 |
| 14607 | Jul 8 | 8058265020 | 23.25 | 14621 | Jul 31 | 8654053704 | 176.40 |
| 14608 | Jul 12 | 9250851032 | 1,500.00 | 14622 | Jul 31 | 8653459232 | 145.56 |
| 14609 | Jul 10 | 8654291266 | 176.40 | 14623 | Jul 31 | 8356918312 | 254.16 |
| 14610 | Jul 10 | 8654198619 | 356.00 | 14624 | Jul 31 | 8653048232 | 58.16 |
| 14611 | Jul 11 | 8953794386 | 456.75 | 14626* | Jul 30 | 8356171594 | 240.00 |
| 14612 | Jul 8 | 8058452185 | 1,000.00 | 14627 | Jul 31 | 8653382459 | 1,500.00 |

\* Gap in check sequence                        Conventional Checks Paid (26)        $        9,942.00-

### Balance Summary

| Date | Ending Balance | Date | Ending Balance | Date | Ending Balance |
|---|---|---|---|---|---|
| Jul 1 | 19,948.56 | Jul 10 | 91,471.55 | Jul 25 | 63,178.45 |
| Jul 2 | 19,587.85 | Jul 11 | 91,014.80 | Jul 29 | 62,905.44 |
| Jul 3 | 19,362.85 | Jul 12 | 75,367.00 | Jul 30 | 53,936.35 |
| Jul 8 | 17,545.07 | Jul 15 | 64,530.52 | Jul 31 | 51,802.07 |
| Jul 9 | 16,495.07 | Jul 24 | 63,996.69 | | |

Balances only appear for days reflecting change.

## BUSINESS RESERVE LINE
U.S. Bank National Association                                                   Account Number 0-004-9471-9818

| Activity Summary | | | Payment Information | | |
|---|---|---|---|---|---|
| Previous Balance | $ | 2,170.81 | New Balance | $ | 2,144.85 |
| Payments and Credits | | 65.12- | Minimum Payment Due | $ | 64.34 |
| Interest Charged | | 39.16 | Payment Due Date | | Aug 1, 2019 |
| New Balance as of Jul 31, 2019 | $ | 2,144.85 | | | |
| Credit Line | $ | 2,300.00 | | | |
| Available Credit | $ | 155.15 | | | |

### Interest Charge Calculation

Your Annual Percentage Rate (APR) is the annual interest rate on your account.
To figure the "INTEREST CHARGE" on your account, we apply an Annual Percentage Rate of 21.90% to the **Balance Subject to Interest Rate** in the amount of $2,105.69 resulting in an Interest Charge of $39.16. The number of days in your billing cycle is 31. Refer to the back of page 1 of this statement for additional information on the calculation of your **Balance Subject to Interest Rate**, dispute resolution and billing rights.

### Transactions

| Date | Description of Transaction | | | Amount |
|---|---|---|---|---|
| Jul 1 | Automatic Payment | From Checking | $ | 65.12- |





```
Amanda
20190731 008653382459 1500.00
24011846781050 494719818

Amanda Davis
BC-MN-H21P

, ,
```





```
Amanda
20190816  009253059157  1500.00
24011846781050  494719818

Amanda Davis
BC-MN-H21P

, ,
```

USA-00023402



```
Amanda
20190903 008351494754 1500.00
24011846781050 494719818

Amanda Davis
BC-MN-H21P
, ,
```





Amanda
20190920 009250057594 1500.00
24011846781050 494719818

Amanda Davis
BC-MN-H21P

, ,

USA-00023425



14667

PIKE COUNTY ATTORNEY
TAX DIVISION
P.O. BOX 1289
PIKEVILLE, KY 41502-1289

USBANK
73-17/421

One Thousand Five Hundred & No/100

DATE 10-1-19    AMOUNT $1,500

PAY TO THE ORDER OF  Justin Cory Hamilton

AUTHORIZED SIGNATURE

⑆014667⑆ ⑈042100175⑈  9818⑆

001003 0001878930 10022019
001003  0001878930  10022019
<042102694>
Community Trust Bank

Amanda
20191002 008653801053 1500.00
24011846781050 494719818

Amanda Davis
BC-MN-H21P

, ,

USA-00023433





```
Amanda
20191016 008656567653 1500.00
24011846781050 494719818

Amanda Davis
BC-MN-H21P
,,
```





```
Amanda
20191101 009253048309 1500.00
24011846781050 494719818

Amanda Davis
BC-MN-H21P
,,
```

USA-00023448