# Exhibit B

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
FRANKFORT

CRIMINAL NO: 3:25-CR-05-GFVT-MAS

UNITED STATES OF AMERICA                                             PLAINTIFF

V.                          DISCOVERY RECEIPT

HOWARD KEITH HALL                                                    DEFENDANT

     As counsel for defendant, I acknowledge accepting discovery on May 21, 2025, via USAfx, that the United States represents contain copies of the below list of discovery materials provided under Rule 16(a), Jencks, and Brady, as well as the Court's pending general order of discovery and pre-trial procedures. If I cannot find or access any of the listed materials on the USAfx, I will notify the United States, so I can be provided another copy of that item. The United States has a continuing duty to notify me and provide me any additional discovery materials it obtains.

     I understand these materials are governed by the Protective Order entered by the Court on May 21, 2025, and will abide by the terms of that order.

     I also understand that the United States is requesting reciprocal discovery under Rule 16(b)(1)(A-C) and in anticipation of the Court's general order of discovery and pre-trial procedures. Specifically, the United States requests to inspect and copy documents, objects, and reports any Defendant intends to introduce as evidence at the trial. Additionally, the United States requests a written summary of any testimony, which any Defendant intends to use under F.R.E. 702, 703, and 705.

_____                          _____
Date                                    Counsel for Defendant

1

| Description | Bates Start | Bates End |
|---|---|---|
| FBI Opening EC | USA-00000001 | USA-00000004 |
| Howard Hall Background Info | USA-00000005 | USA-00000052 |
| Shane Hall Driver's License | USA-00000053 | USA-00000056 |
| Keith Hall Driver's License | USA-00000057 | USA-00000060 |
| Juvenile Summons from 2020 | USA-00000061 | USA-00000199 |
| Prosecutors Advisory Council Administrative Manual Employee Handbook | USA-00000200 | USA-00000339 |
| Kentucky Bar Association records for Shane Hall | USA-00000340 | USA-00000363 |
| Prosecutors Advisory Council records | USA-00000364 | USA-00001080 |
| Pike County Attorney's Office records | USA-00001081 | USA-00007683 |
| Truist Bank records | USA-00007684 | USA-00009519 |
| Kentucky Personnel Cabinet records | USA-00009520 | USA-00011498 |
| US Bank records for Howard Keith Hall accounts | USA-00011499 | USA-00016388 |
| Grand Jury records from 2019 from Pike County Clerk's Office | USA-00022382 | USA-00022382 |
| Supplemental US Bank records for Howard Keith Hall accounts | USA-00022383 | USA-00024253 |
| Community Trust Bank records for Michael Shane Hall accounts | USA-00024254 | USA-00024281 |
| DVDs of Juvenile hearings, DVD of Probate hearing, Juvenile court dockets | USA-00024282 | USA-00024286 |
| Supplemental Truist Bank records for Michael Shane Hall accounts | USA-00024287 | USA-00026740 |

| | | |
|---|---|---|
| Kentucky Bar Association membership records related to Howard Keith Hall | USA-00026741 | USA-00026785 |
| PayData records for Pike County Attorney's Office employees | USA-00026786 | USA-00027578 |
| CD containing Audio of Subpoena Service | USA-00027579 | USA-00027579 |
| BB&T checks | USA-00027580 | USA-00027598 |
| Eastern KY Wireless (DBA Appalachian Wireless) Shane Hall 606-213-3015 phone records | USA-00027599 | USA-00027605 |
| Grand Jury records provided by Shane Hall | USA-00027606 | USA-00031013 |
| Probate hearing video 8/29/13 | USA-00031014 | USA-00031014 |
| Juvenile Case hearing videos (14-J-123-003 and 20-J-55-001) from Pike County | USA-00031015 | USA-00031018 |
| Court videos from January 2019 Division 1 & Division 2 | USA-00031019 | USA-00031019 |
| SEFA Reports & PAC Administrative Manuals | USA-00031020 | USA-00031176 |
| 4/4/25 attempted interview of Keith Hall | USA-00031177 | USA-00031177 |
| 9/20/24 recording of Shane Hall subpoena service | USA-00031178 | USA-00031178 |