UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
FRANKFORT

UNITED STATES OF AMERICA

v.                                               Criminal No. 3:25-cr-00005-GFVT-MAS

HOWARD KEITH HALL,

    *Defendant.*

---

**DEFENDANT'S PROPOSED *VOIR DIRE***

---

    Comes the defendant, Howard Keith Hall, by counsel, and requests that the following questions be asked of the jury panel during *voir dire*. The defendant hereby reserves the right to supplement this proposed *voir dire*, delete questions or areas of inquiry from this proposed *voir dire*, or otherwise modify this proposed *voir dire*.

    Many, if not most, of the areas of inquiry in this proposed *voir dire* will require careful follow-up questioning, and most will require that such follow-up occur out of the presence of the other jurors in order to avoid tainting the jury panel.

    Because effective *voir dire* requires a more intimate knowledge of the facts of the case and the issues which will be presented at trial, the defendant hereby respectfully requests that the Court permit attorney-conducted *voir dire* of the jury panel.

**Knowledge of the Parties**

- Do any of you know the prosecutors or any of their support staff? Have you been a juror in a case in which any of these prosecutors or support staff were involved (obtain details if so)?

- Do any of you know the defense counsel or any of their support staff? Have you been a juror in a case in which any of these defense counsel or support staff were involved (obtain details if so)?

- Do any of you know Howard Keith Hall? Mr. Hall is a Circuit Court Judge in Pike County, Kentucky.

    a. Have any of you heard any discussion about Mr. Hall or have you heard anyone express an opinion about Mr. Hall? What have you heard?

    b. There has been some publicity about this case in the news. The allegations in this case relate to a time period when Mr. Hall was the County Attorney of Pike County. Have any of you read or heard anything about Mr. Hall or this case?

    c. Have any of you formed an opinion about Mr. Hall? What is that opinion?

- I am going to have the government list the witnesses it will call to testify. What I want to know is if you know any of these persons, or if you know anyone who has or has had a relationship with these persons or their family or friends. ***Government to list witnesses.***

**Mistakes or Poor Judgment vs. Criminal Conduct**

We all make mistakes in life and sometimes we exercise poor judgment. We are all human and humans are not perfect. Sometimes when we think we are right it turns out that we were wrong.

In the United States, we don't convict people for crimes simply because they made a mistake or exercised poor judgment. A person can only be convicted of a crime when the person acts with criminal intent; when they knowingly do something the law forbids.

- Do you understand the difference between a mistake or poor judgment or being wrong, on the one hand, and criminal intent, on the other hand?

- Do you understand that you cannot vote to convict Mr. Hall of any crime if you find that he merely made a mistake or exercised poor judgment in the circumstances or that he was wrong about something you will hear about during the trial?

2

- Do you understand that you can only vote to convict Mr. Hall if you find that at the time he acted that he did so with criminal intent—that he knowingly did something the law forbids?

**Burden of Proof; Presumption of Innocence**

Any citizen who is accused of a crime has three very significant constitutional rights. I want to discuss two of those with you now. The first is that the burden of proof is on the government to prove guilt beyond a reasonable doubt. In other words, a person accused of a crime does not have the burden of proving his or her innocence; rather, the government has to prove guilt and the evidence establishing guilt must be so convincing that it proves guilt beyond a reasonable doubt.

The second constitutional right is the presumption of innocence. A person charged with a crime is presumed to be innocent and that presumption of innocence is only removed if the government's proof is so convincing that it proves guilt beyond a reasonable doubt.

These two constitutional rights—the presumption of innocence and the burden of proof being on the government to prove guilt beyond a reasonable doubt—in combination, mean that Mr. Hall and his lawyers do not have to do anything but sit here in this courtroom. They don't have to call any witnesses; they don't have to cross-examine any witnesses called by the government; they don't have to make any arguments; they don't even have to speak. And this is so because Mr. Hall is presumed to be innocent of the allegations against him—he does not have to prove anything at all—and that constitutional presumption of innocence is only removed from him IF the government's proof is so convincing that it establishes guilt beyond a reasonable doubt. The burden is totally on the government to prove that Mr. Hall is guilty beyond a reasonable doubt.

- Who feels that placing such a heavy burden on the government is unfair?

- Who feels that the government having the burden of proof and Mr. Hall being presumed innocent means that until you have heard the evidence, you don't know whether Mr. Hall is guilty or not guilty?

- Well, in fact, that's NOT what it means. It's not enough for you to merely be "neutral" as to whether Mr. Hall is guilty or not guilty. For you to afford Mr. Hall his constitutional right to be <u>presumed</u> innocent of the charges against him means that you must take it as FACT that he is innocent of the charges, and that can only change IF the government proves to you beyond a reasonable doubt that he is guilty of the particular offense charged beyond a reasonable doubt. Unless the government proves to you beyond a reasonable doubt that Mr. Hall is guilty of the particular offense charged, he never loses his right to be presumed innocent by you.

- Now, who feels that it is unfair to put that great of a burden on the government?

3

- Who feels like Mr. Hall must have done something, otherwise he wouldn't be here today and he wouldn't be charged in an indictment?

- Do any of you feel like the government has a head start on proving its case simply because we are here today and Mr. Hall is charged with a crime?

- Is it going to be hard for you to ignore those feelings and start with the presumption that Mr. Hall is innocent and remains innocent unless the government can prove to you beyond a reasonable doubt that that he is guilty?

I am instructing you that the government is the accuser, and Mr. Hall, as a citizen accused, is innocent and remains innocent unless the government can back up its accusation with evidence that proves to you beyond a reasonable doubt that Mr. Hall is guilty. Does everyone agree to abide by this constitutional principle?

**Defendant Not Testifying**

I have already discussed with you two of the significant constitutional rights that protect citizens who are accused of a crime—the presumption of innocence enjoyed by every citizen and the burden of proof being on the government to prove guilt beyond a reasonable doubt. The third significant constitutional right that protects citizens who are accused by the government of a crime is the absolute right of a person charged not to testify.

I don't know whether Mr. Hall will testify in this case or not. I am sure that's a decision he and his lawyers may not have even made yet. Since the government has the burden of proof and has to go first, that's a decision Mr. Hall and his lawyers will make as they go through the trial.

- Do any of you feel that a person who is accused of a crime should get on the witness stand and tell their story if they are really innocent?

- Do any of you feel that a person on trial who decides not to testify must be hiding something?

- How many of you think that if you were charged with a crime and you were not guilty, that you would want to testify and explain to the jury why you are not guilty?

- How many of you think that you might rely on your presumption of innocence and the fact that the government has the burden of proving guilt beyond a reasonable doubt, and that perhaps you might decide not to testify because of that presumption of innocence?

- Do you think that a person might base that decision—whether to testify or not—on other factors that have nothing to do with the charges against them; like for instance, whether they are good at explaining things, or whether they get nervous trying to

4

talk in front of people, or perhaps they might feel that the government has not proven the case beyond a reasonable doubt and there is no need to testify?

- Regardless of what you think you might do if you were the person accused, can you agree that Mr. Hall has the right not to testify, and can you agree that you will not hold it against him should he decide, after consultation with his lawyers, not to testify? Does everyone agree to abide by this rule?

Do any of you feel that these constitutional rights that I have discussed—the presumption of innocence, the burden of proof being on the government to prove guilt beyond a reasonable doubt, and the defendant's right not to testify—are just technicalities that guilty people hide behind? Do you accept that these are sacred principles enshrined in our constitution and that they apply to each and every one of us?

Once again, I am instructing you that the government is the accuser, and Mr. Hall, as a citizen accused, is presumed innocent and remains innocent unless the government can back up its accusation with evidence that proves to you beyond a reasonable doubt that he is guilty, and I am further instructing you that Mr. Hall has the constitutional right not to testify and under our constitution you cannot hold it against him in any way if he and his lawyers decide that he will not testify. Does everyone agree to abide by these constitutional principles?

**Indictment**

During the trial you will hear about something called an "indictment." An indictment is a document used to inform the person charged of the charges the government is making against them. It is not evidence of any crime; it is not evidence of anything at all. It is only used to inform the person charged—in this case, Mr. Hall—of the government's accusation.

Do you understand that an indictment is just an accusation by the government? Do you understand that it is not evidence that any crime has been committed by anyone—including Mr. Hall?

**Grand Jury**

During the trial you will probably hear reference to something called a "grand jury." A grand jury is a body of citizens that hears only the government's side of the story and decides whether to make the accusation contained in the indictment as requested by the government.

A grand jury does not hear all of the information about a case. It only hears the information the government chooses to present to the grand jury. Mr. Hall and his lawyers were not even permitted to be present at the grand jury. A grand jury, therefore, does <u>not</u> decide if a person is guilty or not guilty—that is your job as a trial jury—because a grand jury does not have all of the information about the case.

Does everyone understand the difference between the role of a grand jury and what will be your role as a trial jury? Do you understand that the mere fact that a grand jury considered the government's chosen information and agreed to make the government's requested charge is not evidence that any crime actually occurred?

The burden of proof always remains on the government to prove to you beyond a reasonable doubt that the charged crime occurred and that Mr. Hall committed the charged crime, and if you have any reasonable doubt you are required to return a verdict of not guilty. In addition, Mr. Hall continues to be presumed innocent. Do you understand that?

**Mountain Culture**

Mr. Hall is from Pikeville in Pike County in the Eastern Kentucky mountains. Pike County lies just across the state line from West Virginia. Many of the witnesses who will be called to testify in this case are also from Pike County and Pikeville.

There are some negative stereotypes about mountain culture and people from Eastern Kentucky. There are also some negative stereotypes about local and county governments, and local and county government officials, in Eastern Kentucky.

You may be aware of these stereotypes from friends, family, TV shows, the internet, or from some other source. You or your family or friends may have had some personal experience with government officials from Eastern Kentucky, or with people from Eastern Kentucky generally, that may cause you to have formed opinions about people from Eastern Kentucky or about government officials from Eastern Kentucky.

- Do any of you feel that anything you have seen or read or heard about people from Eastern Kentucky would make if difficult for you to be a fair juror in this case?

- Do any of you feel that any experience you, or someone you know, has had with someone from Eastern Kentucky would make it difficult for you to be a fair juror in this case?

- Do any of you feel that anything you have seen or read or heard about government officials from Eastern Kentucky would make it difficult for you to be a fair juror in this case?

- Do any of you feel that any experience you, or someone you know, has had with a government official from Eastern Kentucky would make it difficult for you to be a fair juror in this case?

Stereotypes can be very powerful and have a strong influence over how we perceive one another. They can cause us to make wrong judgments about people. The Court needs to be sure that Mr. Hall will receive a fair trial. So, if there is any reason you feel you might not be able to

be completely fair as a juror in this case—whether that reason is related to information, impressions or ideas you have about people from Eastern Kentucky or not—please let me know now.

**Demographics/Employment/Background/Jury Service**

- Do any of you have any professional background in law or the court system? If so, please explain your background.

- Do any of you presently or have you ever worked in any of the following areas:

    (a) As a Human Resources officer or employee.

    (b) Dealing with employee benefits, health benefits, or retirement benefits.

    (c) Dealing with timekeeping or time records.

- Have you or anyone you know ever worked for the federal government or for a state or local government? If so, what job(s) did you or the person you know have (now or in the past)?

- Have you or anyone you know ever worked in a private law practice? If so, what job(s) did you or the person you know have (now or in the past)?

- The County Attorney is an elected official in each county. Have you or anyone you know ever worked in a County Attorney's office? If so, what job(s) did you or the person you know have (now or in the past)?

- The Commonwealth's Attorney is an elected official but is a different office from the County Attorney. Have you or anyone you know ever worked in a Commonwealth's Attorney's office? If so, what job(s) did you or the person you know have (now or in the past)?

- Have you or anyone you know ever worked in law enforcement? If so, what job(s) did you or the person you know have (now or in the past)?

- Have you or anyone you know ever worked in the legal profession in any other capacity? If so, what job(s) did you or the person you know have (now or in the past)?

- Have you or anyone you know ever worked in the area of Child Support Enforcement for the state or county? If so, what job(s) did you or the person you know have (now or in the past)?
- Have you or anyone you know ever been charged with a crime or been the subject of a criminal investigation? If so, what were the circumstances?

7

- Have you or anyone you know ever testified as a witness in an investigation or legal proceeding? If so, what were the circumstances?

- Have any of you ever served as a juror in any judicial proceeding before?

    a. If so, did you serve on a grand jury or a trial jury?

    b. If a trial jury, was the case a civil case or a criminal case?

    c. If a trial jury, was the trial in federal court or state court?

    d. If a trial jury, what was the outcome of the trial?

- Have any of you ever been a jury foreperson?

- Have any of you ever been a party (the plaintiff or the defendant) in a lawsuit?

    a. What was the lawsuit about?

    b. How was the lawsuit resolved (dismissed, settled, trial verdict, etc.)?

- Have any of you ever been a witness in a lawsuit?

    a. What was the lawsuit about?

    b. What did you testify about?

    c. How was the lawsuit resolved (dismissed, settled, trial verdict, etc.)?

- Have you or anyone you know ever been convicted of a crime?

- Have you or anyone you know ever been the victim of a crime?

- Have you or anyone you know ever been in court in Pike County?

- Do you or anyone you know have any personal or professional connection to the U.S. Attorney's Office for the Eastern District of Kentucky? If so, what is the connection?

- Do you or anyone you know have any personal or professional connection to the Federal Bureau of Investigation? If so, what is the connection?

- Do you or anyone you know have any personal or professional connection to the Kentucky Cabinet for Health and Family Services? If so, what is the connection?

- Do you or anyone you know have any personal or professional connection to the Kentucky Attorney General's Office? If so, what is the connection?

- Do you or anyone you know have any personal or professional connection to the Prosecutors Advisory Council? If so, what is the connection?

Respectfully submitted,

TRUE GUARNIERI AYER, LLP

　/s/ J. Guthrie True　
J. Guthrie True
M. Abigail Schueler
124 Clinton Street
Frankfort, KY  40601
Telephone: (502) 605-9900
Facsimile: (502) 605-9901
E-mail: gtrue@truelawky.com

Counsel for Defendant

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing has been served on all counsel of record this 31st day of October, 2025, by filing a copy of the same with the Electronic Court Filing System of the United States District Court for the Eastern District of Kentucky.

　/s/ J. Guthrie True　
Counsel for Defendant