## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF KENTUCKY
## CENTRAL DIVISION
## FRANKFORT

**CRIMINAL ACTION NO. 3:25-CR-00005-GFVT-MAS**

**UNITED STATES OF AMERICA**                            **PLAINTIFF**

**V.**                  **UNITED STATES'S EXHIBIT LIST**

**HOWARD KEITH HALL**                              **DEFENDANT**

\*   \*   \*   \*   \*

In accordance with the Court's Standing Pretrial and Trial Management Order, Docket Entry 11-1, the United States submits the following list of exhibits to be used at trial, which the United States may seek to amended as necessary, and as the Court permits.

| Ex. | Description | Bates Numbers |
|---|---|---|
| | **Pike County Attorney's Office - PAC records** | |
| 1A | Payroll certification dated April 30, 2020 | USA-00000481 |
| 1B | Payroll certification dated May 15, 2020 | USA-00000482 |
| 1C | Payroll certifications from 2016 through April 2020 | USA-00000378-481 |
| 1D | Payroll certifications from May 2020 – June 2020 | USA-00000482-486 |
| 1E | Shane Hall Personnel Records | USA-00000754-783 |
| 1F | Cullen Hall Personnel Records | USA-00000678-713 |

| 1G | UPS Personnel Masters (FY 2015, 2019, 2020) | USA-00001065<br>USA-00001059-60<br>USA-00001068-69 |
|---|---|---|
| 1H | Pike County Budgets and Distribution of Staff Funds (FY 2021, 2026, 2021) | USA-00001070-71<br>USA-00000368-69<br>USA-00000372-73 |
| 1I | Pike County Personnel Masters (FY 2012, 2013, 2014, 2015) | USA-00000364-67 |
| | | |
| | **Prosecutors Advisory Council Records** | |
| 2A | Prosecutors Advisory Council Administrative Manual from 2012 | USA-00031024-31110 |
| 2B | Prosecutors Advisory Council Administrative Manual from 2018 | USA-00031111-31175 |
| 2C | FY 2020 Federal Funding Spreadsheet | USA-00031021 |
| 2D | FY 2019 Federal Funding Spreadsheet | USA-00031176 |
| | | |
| | **KY Bar Association Records** | |
| 3A | Shane Hall KBA Records | USA-00000341-363 |
| 3B | Keith Hall KBA Records | USA-00026741-26785 |
| | | |
| | **PCAO Financial Records** | |
| 4A | Payroll Earnings History Reports 2011-2020 | USA-00011393-436 |

| 4B | Legacy QEH 2010-2011 Records | USA-00011352-388 |
|---|---|---|
| 4C | Michael Shane Hall W-2s | USA-00011074, 82, 91, 98, 105, 113, 128, 136, 143, 466 |
| 4D | Checks to Justin Hamilton from US Bank Account *9818 | USA-00023982 |
| | | |
| | **Shane Hall Bank records** | |
| 5A | Shane Hall Attorney at Law PLLC BB&T (Truist) checks | USA-00027583-27598 |
| 5B | Shane Hall Attorney at Law PLLC Community Trust Bank checks | USA-00029104-29127 |
| 5C | Shane Hall Law Office QuickBooks | USA-00029129-29131 |
| 5D | Shane Hall Attorney at Law PLLC, Community Trust Bank Account *0654 | |
| 5E | Shane Hall Attorney at Law, PLLC, BB&T (Truist) Bank Account *0670 | |
| | | |
| | **Howard Keith Hall Bank records** | |
| 6A | Howard Keith Hall US Bank Account *5231 | |
| | | |
| | **Summary Charts** | |
| 7A | Financial summary chart – Shane Hall | |
| 7B | Financial summary chart – Howard Keith Hall 2011-2020 | |

| 7C | Financial summary chart – Howard Keith Hall 2016-2020 | |
| 7D | Financial summary chart – Justin Hamilton | |
| | | |
| | **Kentucky Personnel Cabinet Records** | |
| 8A | Howard Keith Hall Personnel Records | |
| 8B | Michael Shane Hall Personnel Records | |
| 8C | Cullen Hall Personnel Records | |
| | | |
| | **PCAO Records** | |
| 9A | Juvenile summons: February 2020 | USA-0000064-104 |
| 9B | Juvenile summons: March 2020 | USA-0000121-129 |
| 9C | Juvenile summons: May 2020 | USA-00000105-120 |
| 9D | National Conference of Bar Examiners paperwork | USA-00031186 |
| | | |
| | **Texts between Shane Hall & Keith Hall** | |
| 10A | October 24, 2019 texts | USA-00029278 |
| 10B | December 17-25, 2019 texts | USA-00029277 |

| 10C | January 3, 2020 texts | USA-00029275-76 |
|-----|-----------------------|-----------------|
| 10D | January 21, 2020 texts | USA-00029273 |
| 10E | January 29, 2020 texts | USA-00029274 |
| 10F | February 28, 2020 texts | USA-00029272 |
| | | |
| | **Pike County Circuit Clerk Records** | |
| 11 | Pike County Family Court Filings | USA-00031367-31461 |

PAUL C. McCAFFREY
ACTING UNITED STATES ATTORNEY

By:    s/ Kate K. Smith
       Kate K. Smith
       Assistant United States Attorney
       260 W. Vine Street, Suite 300
       Lexington, Kentucky 40507-1612
       (859) 685-4855
       Kate.Smith@usdoj.gov

## CERTIFICATE OF SERVICE

On October 31, 2025, I electronically filed this document through the ECF system, which will send notice to counsel of record.

/s/ Kate K. Smith
Assistant United States Attorney

5