UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
FRANKFORT

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>  )<br>  Plaintiff,  )<br>  )<br> v.  )<br>  )<br> HOWARD KEITH HALL,  )<br>  )<br>  Defendant.  )<br>  )  | Case No. 3:25-cr-00005-GFVT-MAS<br><br>**ORDER** |

\*\*\*   \*\*\*   \*\*\*   \*\*\*

This matter is before the Court on its own motion. Defendant Howard Keith Hall filed a Motion for Leave to File Excess pages on July 21, 2025. [R. 20.] Without ruling on the motion to file excess pages, the Court scheduled a motion hearing on Hall's Motion to Dismiss the Indictment. [R. 21; R. 27.] The Court held the motion hearing on September 30, 2025, and took Hall's Motion to Dismiss the Indictment under advisement. [R. 37.] The Court reviewed Hall's Motion to Dismiss the Indictment as filed, with the excess pages, and denied Hall's motion on the merits. [R. 38.] Therefore, Defendant's outstanding Motion for Leave to File Excess pages is moot.

Accordingly, and the Court being otherwise sufficiently advised, it is hereby **ORDERED** that Defendant's motion **[R. 20]** is **DENIED as moot**.

This the 4th day of November, 2025.

Gregory F. Van Tatenhove
United States District Judge