UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
FRANKFORT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | Case No. 3:25-cr-00005-GFVT-MAS |
| v. | ) ) | **ORDER** |
| HOWARD KEITH HALL, | ) ) | |
| Defendant. | ) | |

\*\*\*   \*\*\*   \*\*\*   \*\*\*

This matter is before the Court on Defendant Hall's Motion to Bring Certain Technological Devices and Equipment into the Courtroom. [R. 59.] Local Criminal Rule 53.1 regulates the use of technology in the courtroom. The presiding judge may permit the "use of electronic or photographic means for presenting evidence or perpetuating the record" and "any wireless or internet communication device approved by the Court." LCrR 53.1(c). Specifically, Hall seeks such permission for the following non-attorney defense counsel staff to be permitted to bring into the courtroom electronic devices as outlined and for the purposes discussed in the motion: Jennifer Weinold and Taylor Goode. The Court finds good reason to grant Hall's request. However, the Court reserves the right to modify this order for inappropriate, distracting, or improper use of such technology during the trial.

Accordingly, and the Court being otherwise sufficiently advised, it is hereby **ORDERED** that Hall's Motion **[R. 59]** is **GRANTED**.

This the 6th day of November, 2025.

Gregory F. Van Tatenhove
United States District Judge