UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
CRIMINAL MINUTES-JURY TRIAL – DAY 1
FRANKFORT

Case No. 3:25-cr-05-01-GFVT         At: Frankfort         Date: November 7, 2025

Style: U.S.A. v. Howard Keith Hall,  X present; __ custody; X bond; __ OR; AGE __

---

DOCKET ENTRY: The Clerk of the Court administered the Oaths to the jurors and the Court finds the designated jurors to be qualified. The Court conducted voir dire and the jury was impaneled and sworn as noted. A Show Cause order shall be entered for Juror Nos. 39 and 311. Opening statements and presentation of evidence shall begin on Monday morning as noted below

---

PRESENT:   HON. _____[signature]_____, UNITED STATES DISTRICT JUDGE
           GREGORY F. VAN TATENHOVE

Counsel for the United States: Kate K. Smith, AUSA

Counsel for Defendant: J. Guthrie True & Abigail Schueler;  X  Present; __ Appointed; X Retained

Court Reporter: Sandy Wilder         Courtroom Deputy Clerk: Mary Jane Younce

---

_X_ JURY TRIAL – DAY 1         ___ COURT TRIAL

The Jury impaneled and sworn as follows:

| 1) 327 | (2) 375 | (3) 385 | (4) 35 | (5) 355 | (6) 332 | (7) 322 |
| (8) 346 | (9) 2 | (10) 326 | (11) 16 | (12) 339 | (13) 359 | (14) 23 |

___  Introduction of Evidence for plaintiff began but not concluded./ Defense presented their evidence during cross examination of the government's witnesses.

___  Rebuttal evidence;   ___ Sur-rebuttal evidence.

_X_  Case continued to Monday, November 10, 2025, at the hour of 9:00 a.m, at Frankfort, Kentucky., for further trial, subject to intervening orders of the Court.

___  Motion for judgment of acquittal  ___granted  ___denied  ___submitted.

___  Jury retires to deliberate at _____;   Jury returns at _____.

___  FINDING BY COURT.    ___ JURY VERDICT. See Signed Verdict as to each Defendant.

___  Jury Polled.    ___ Polling Waived    ___ Mistrial Declared

___  Case continued until_____ at Frankfort, Kentucky, for sentencing.

___  Court orders Pre-sentence Report with copies to be furnished to counsel and defendants pursuant to Rule 32, F. R. Cr. P./___ Copy of Pre-sentence Report not requested.

X___  Defendant shall remain on bond as previously set.

This the 7th day of November 2025.


cc: COR, USPO, USM
Deputy Clerk's Initials: __MJY__
TIC: 3/16