UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
CRIMINAL MINUTES-JURY TRIAL – DAY 2
FRANKFORT

Case No. 3:25-cr-05-01-GFVT     At: Frankfort     Date: November 10, 2025

Style: U.S.A. v. Howard Keith Hall,  X  present;  __ custody;  X  bond;  __ OR;  AGE __

DOCKET ENTRY: The Defendant's Oral Motion for Mistrial is TAKEN UNDER ADVISEMENT.

PRESENT: HON. _____, UNITED STATES DISTRICT JUDGE
GREGORY F. VAN TATENHOVE

Counsel for the United States: Kate K. Smith, AUSA

Counsel for Defendant: J. Guthrie True & Abigail Schueler;  X  Present;  __ Appointed;  X  Retained

Court Reporter: Sandy Wilder     Courtroom Deputy Clerk: Mary Jane Younce

 X  JURY TRIAL – DAY 2     ___ COURT TRIAL

The Jury previously impaneled as follows:

1) 327    (2) 375    (3) 385    (4) 35    (5) 355    (6) 332    (7) 322

(8) 346    (9) 2    (10) 326    (11) 16    (12) 339    (13) 359    (14) 23

 X  Introduction of Evidence for plaintiff began but not concluded.

___ Rebuttal evidence;    ___ Sur-rebuttal evidence.

 X  Case continued to Wednesday, November 12, 2025, at the hour of 9:00 a.m. at Frankfort, Kentucky, for further trial, subject to intervening orders of the Court.

___ Motion for judgment of acquittal ___ granted ___ denied ___ submitted.

___ Jury retires to deliberate at _____;    Jury returns at _____.

___ FINDING BY COURT.    ___ JURY VERDICT. See Signed Verdict as to each Defendant.

___ Jury Polled.    ___ Polling Waived    ___ Mistrial Declared

___   Case continued until_____ at Frankfort, Kentucky, for sentencing.

___   Court orders Pre-sentence Report with copies to be furnished to counsel and defendants pursuant to Rule 32, F. R. Cr. P./___ Copy of Pre-sentence Report not requested.

X___   Defendant shall remain on bond as previously set.

This the 10th day of November 2025.


cc: COR, USPO, USM
Deputy Clerk's Initials: MJY
TIC: 4:48