UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
CRIMINAL MINUTES-JURY TRIAL – DAY 3
FRANKFORT

Case No. 3:25-cr-05-01-GFVT     At: Frankfort     Date: November 12, 2025

Style: U.S.A. v. Howard Keith Hall,  X  present; __ custody; X  bond; __ OR; AGE __

**DOCKET ENTRY:** The Defendant's 2nd and 3rd Oral Motions for Mistrial were DENIED for reasons stated on the record.

PRESENT: HON. _____, UNITED STATES DISTRICT JUDGE
GREGORY F. VAN TATENHOVE

Counsel for the United States: Kate K. Smith, AUSA

Counsel for Defendant: J. Guthrie True & Abigail Schueler;  X  Present; __ Appointed; X  Retained

Court Reporter: Sandy Wilder     Courtroom Deputy Clerk: Mary Jane Younce

**X  JURY TRIAL – DAY 3**      ____ COURT TRIAL

The Jury previously impaneled as follows:

| 1) 327 | (2) 375 | (3) 385 | (4) 35 | (5) 355 | (6) 332 | (7) 322 |
|---|---|---|---|---|---|---|
| (8) 346 | (9) 2 | (10) 326 | (11) 16 | (12) 339 | (13) 359 | (14) 23 |

X  Introduction of Evidence for plaintiff resumed but not concluded.

____ Rebuttal evidence;   ____ Sur-rebuttal evidence.

X  Case continued to Thursday, November 13, 2025, at the hour of 9:30 a.m., at Frankfort, Kentucky., for further trial, subject to intervening orders of the Court.

____ Motion for judgment of acquittal  ____ granted  ____ denied  ____ submitted.

____ Jury retires to deliberate at _____;     Jury returns at _____.

____ FINDING BY COURT.    ____ JURY VERDICT. See Signed Verdict as to each Defendant.

____ Jury Polled.    ____ Polling Waived    ____ Mistrial Declared

___    Case continued until_____ at <u>Frankfort, Kentucky,</u> for sentencing.

___    Court orders Pre-sentence Report with copies to be furnished to counsel and defendants pursuant to Rule 32, F. R. Cr. P./___ Copy of Pre-sentence Report not requested.

X    Defendant shall remain on bond as previously set.

This the 12th day of November 2025.


cc: COR, USPO, USM
Deputy Clerk's Initials: <u>MJY</u>
TIC: 5:58