UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
CRIMINAL MINUTES-JURY TRIAL – DAY 4
FRANKFORT

Case No. 3:25-cr-05-01-GFVTAt: FrankfortDate: November 13, 2025

Style: U.S.A. v. Howard Keith Hall, X present; __ custody; X bond; __ OR; AGE __

**DOCKET ENTRY:** The Defendant's Oral Motion to Exclude the testimony of Tawanna Coleman is DENIED for the reasons stated on the record.

PRESENT: HON. _____, UNITED STATES DISTRICT JUDGE
GREGORY F. VAN TATENHOVE

Counsel for the United States: Kate K. Smith, AUSA

Counsel for Defendant: J. Guthrie True & Abigail Schueler; X Present; __ Appointed; X Retained

Court Reporter: Sandy WilderCourtroom Deputy Clerk: Mary Jane Younce

__X__ JURY TRIAL – DAY 4____ COURT TRIAL

The Jury previously impaneled as follows:

1) 327    (2) 375    (3) 385    (4) 35    (5) 355    (6) 332    (7) 322

(8) 346    (9) 2    (10) 326    (11) 16    (12) 339    (13) 359    (14) 23

XIntroduction of Evidence for plaintiff resumed but not concluded.

___Rebuttal evidence;    ___Sur-rebuttal evidence.

XCase continued to Friday, November 14, 2025, at the hour of 9:30 a.m., at Frankfort, Kentucky., for further trial, subject to intervening orders of the Court.

___Motion for judgment of acquittal ___granted ___denied ___submitted.

___Jury retires to deliberate at _____;Jury returns at _____.

___FINDING BY COURT.    ___JURY VERDICT. See Signed Verdict as to each Defendant.

___Jury Polled.    ___Polling Waived    ___Mistrial Declared

___   Case continued until_____ at Frankfort, Kentucky, for sentencing.

___   Court orders Pre-sentence Report with copies to be furnished to counsel and defendants pursuant to Rule 32, F. R. Cr. P./___ Copy of Pre-sentence Report not requested.

X   Defendant shall remain on bond as previously set.

This the 13th day of November 2025.


cc: COR, USPO, USM
Deputy Clerk's Initials: MJY
TIC: 5/40