UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
CRIMINAL MINUTES-JURY TRIAL – DAY 5
FRANKFORT

Case No. 3:25-cr-05-01-GFVT    At: Frankfort    Date: November 14, 2025

Style: U.S.A. v. Howard Keith Hall,  X present; __ custody; X bond; __ OR; AGE __

DOCKET ENTRY: Upon hearing arguments of counsel, the Defendants Oral Motion pursuant to F.R.Cr.P. Rule 29, for Judgment of Acquittal, is TAKEN UNDER ADVISEMENT. A preliminary Jury Charge Conference was held.

PRESENT: HON. _____, UNITED STATES DISTRICT JUDGE
GREGORY F. VAN TATENHOVE

Counsel for the United States: Kate K. Smith, AUSA

Counsel for Defendant: J. Guthrie True & Abigail Schueler;  X  Present; __ Appointed; X Retained

Court Reporter: Sandy Wilder    Courtroom Deputy Clerk: Mary Jane Younce

__X__ JURY TRIAL – DAY 5    ____ COURT TRIAL

The Jury previously impaneled as follows:

| 1) 327 | (2) 375 | (3) 385 | (4) 35 | (5) 355 | (6) 332 | (7) 322 |
| (8) 346 | (9) 2 | (10) 326 | (11) 16 | (12) 339 | (13) 359 | (14) 23 |

X   Introduction of Evidence for plaintiff resumed and concluded. The Defendants presentation of evidence shall begin on Monday.

___   Rebuttal evidence;   ___ Sur-rebuttal evidence.

X   Case continued to **Monday, November 17, 2025, at the hour of 9:30 a.m., at Frankfort, Kentucky.**, for further trial, subject to intervening orders of the Court.

___   Jury retires to deliberate at _____;   Jury returns at _____.

___   FINDING BY COURT.   ___ JURY VERDICT. See Signed Verdict as to each Defendant.

___   Jury Polled.   ___ Polling Waived   ___ Mistrial Declared

\_\_\_ Court orders Pre-sentence Report with copies to be furnished to counsel and defendants pursuant to Rule 32, F. R. Cr. P./\_\_   Copy of Pre-sentence Report not requested.

X\_\_ Defendant shall remain on bond as previously set.

This the 14th day of November 2025.


cc: COR, USPO, USM
Deputy Clerk's Initials: \_MJY\_
TIC: 4/19