UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
FRANKFORT

UNITED STATES OF AMERICA

v.  Criminal No. 3:25-cr-00005-GFVT-MAS

HOWARD KEITH HALL,

   *Defendant.*

___

### DEFENDANT'S SUPPLEMENTAL PROPOSED JURY INSTRUCTIONS
___

Comes the defendant, Howard Keith Hall, by counsel, and tenders the attached supplemental jury instructions. The defendant reserves the right to supplement, amend, substitute, delete instructions, or completely withdraw any or all instructions, from these proposed jury instructions at any time up until the actual instruction of the jury.

Respectfully submitted,

TRUE GUARNIERI AYER, LLP

  /s/ J. Guthrie True
J. Guthrie True
M. Abigail Schueler
124 Clinton Street
Frankfort, KY  40601
Telephone: (502) 605-9900
Facsimile: (502) 605-9901
E-mail: gtrue@truelawky.com

Counsel for Defendant, Howard Keith Hall

## **CERTIFICATE OF SERVICE**

    The undersigned hereby certifies that a copy of the foregoing has been served on all counsel of record this 15th day of November, 2025, by filing a copy of the same with the Electronic Court Filing System of the United States District Court for the Eastern District of Kentucky.

                                              /s/ J. Guthrie True
                                              Counsel for Defendant, Howard Keith Hall

## DEFENDANT HALL'S PROPOSED SUPPLEMENTAL JURY INSTRUCTION NO. 1

## STATUTE OF LIMITATIONS – MAIL FRAUD

Judge Hall is charged with violating 18 U.S.C. § 1341, the mail fraud statute. You are instructed that, under federal law, a prosecution for mail fraud must begin within a certain time period after the alleged offense was committed. This period is called the "statute of limitations." For mail fraud, the statute of limitations is five (5) years from the date of the alleged offense.

In determining whether the prosecution is timely, you must consider the following:

1. The government must prove beyond a reasonable doubt that at least one act in furtherance of the alleged mail fraud scheme occurred within the applicable statute of limitations period—that is, within five years before the date the indictment was returned.

2. If you find that no act in furtherance of the alleged mail fraud occurred within the applicable limitations period, you must find the defendant not guilty, because the prosecution would be barred by the statute of limitations.

3. If you find that at least one such act did occur within the applicable limitations period, then you may consider the charge on its merits.

18 U.S.C. § 1341; 18 U.S.C. § 3282.

DEFENDANT HALL'S PROPOSED SUPPLEMENTAL JURY INSTRUCTION NO. 2

STATUTE OF LIMITATIONS – FEDERAL FUNDS FRAUD

Judge Hall is charged with violating 18 U.S.C. § 666.  You are instructed that, under federal law, a prosecution for this offense must begin within five (5) years after the offense was committed.  This is the applicable statute of limitations for this charge.

In deciding whether the government brought this case within that time limit, you must determine:

1. Whether the government has proven beyond a reasonable doubt that the alleged criminal act occurred within five (5) years before the date the indictment was returned.

2. If you find that the alleged conduct occurred more than five (5) years before the date of the indictment, then the prosecution is barred by the statute of limitations, and you must find the defendant not guilty.

3. If you find that the conduct occurred within the five-year period, you may proceed to consider whether the government has proven each of the other elements of the offense beyond a reasonable doubt.

18 U.S.C. § 1341; 18 U.S.C. § 3282.