UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
FRANKFORT

CRIMINAL ACTION NO. 3:25-CR-00005-GFVT-MAS

UNITED STATES OF AMERICA                                                                  PLAINTIFF

V.        **UNITED STATES'S SUPPLEMENTAL JURY INSTRUCTIONS**

HOWARD KEITH HALL                                                                          DEFENDANT

\* \* \* \* \*

The United States submits the following proposed supplemental jury instructions, in addition to the proposed instructions submitted by the United States at Docket Entries 50 and 65.

Respectfully submitted,

PAUL C. McCAFFREY
ACTING UNITED STATES ATTORNEY

By:   /s/ Kate K. Smith
      Kate K. Smith
      Assistant United States Attorney
      260 W. Vine Street, Suite 300
      Lexington, Kentucky 40507-1612
      (859) 685-4885
      Kate.Smith@usdoj.gov

## 2.09
## DELIBERATE IGNORANCE

Next, I want to explain something about proving a defendant's knowledge.  No one can avoid responsibility for a crime by deliberately ignoring the obvious. If you are convinced that the defendant deliberately ignored a high probability that the payroll certifications submitted to the PAC were false or concealed material facts, then you may find that he knew that the payroll certifications submitted to the PAC were false, misleading, or omitted material facts.

But to find this, you must be convinced beyond a reasonable doubt that the defendant was aware of a high probability that the payroll certifications he submitted to the PAC were false or concealed material facts, and that the defendant deliberately closed his eyes to what was obvious.  Carelessness, or negligence, or foolishness on his part is not the same as knowledge, and is not enough to convict.  This, of course, is all for you to decide.

## PROSECUTOR'S ADVISORY COUNCIL (PAC)

Kentucky operates a unified prosecutorial system with the Attorney General as the chief prosecutor of the Commonwealth. The state government created the Prosecutors Advisory Council ("PAC") to administer the unified prosecutorial system.

The PAC is responsible for, but not limited to: (1) the preparation of the budget of the unified prosecutorial system of the Commonwealth of Kentucky; (2) the continuing legal education and program development of the unified prosecutorial system of Kentucky; and (3) proposing and adopting a code of ethics for prosecutors within the unified prosecutorial system.

> **KRS 15.700 Unified and integrated prosecutorial system established; KRS 15.705 Prosecutors Advisory Council**

## CERTIFICATE OF SERVICE

On November 15, 2025, I electronically filed this document through the ECF system, which will send notice to counsel of record.

/s/ Kate K. Smith
Assistant United States Attorney