UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
CRIMINAL MINUTES-JURY TRIAL – DAY 6
FRANKFORT

Case No. 3:25-cr-05-01-GFVT At: Frankfort Date: November 17, 2025

Style: U.S.A. v. Howard Keith Hall, X present; __ custody; X bond; __ OR; AGE __

DOCKET ENTRY: The final Jury Charge Conference was held. Closing arguments of counsel was heard. After the Court instructed the Jury, they were released to begin deliberations. Upon Counsel's request Exhibits 8A & 8B shall be listed as Court Exhibits. After receiving a question from the Jury, the Court allowed the Jury to resume their deliberations on Wednesday. The Jury Question shall be filed into the record.

PRESENT: HON. ______________________________, UNITED STATES DISTRICT JUDGE
GREGORY F. VAN TATENHOVE

Counsel for the United States: Kate K. Smith, AUSA

Counsel for Defendant: J. Guthrie True & Abigail Schueler; X Present; __ Appointed; X Retained

Court Reporter: Sandy Wilder Courtroom Deputy Clerk: Mary Jane Younce

X JURY TRIAL – DAY 6 ____COURT TRIAL

The Jury previously impaneled as follows:

| | | | | | | |
|---|---|---|---|---|---|---|
| 1) 327 | (2) 375 | (3) 385 | (4) 35 | (5) 355 | (6) 332 | (7) 322 |
| (8) 346 Alternate | (9) 2 | (10) 326 | (11) 16 | (12) 339 | (13) 359 Alternate | (14) 23 |

X Introduction of Evidence for defendant began and concluded.

___ Rebuttal evidence; __Sur-rebuttal evidence.

X Case continued to Tuesday, November 18, 2025, at the hour of 9:30 a.m., at Frankfort, Kentucky., for further trial subject to intervening orders of the Court.

X Jury retires to deliberate at 5:14 p.m., Jury returns at 5:23 p.m .

___ FINDING BY COURT. __JURY VERDICT. See Signed Verdict as to each Defendant.

___ Jury Polled. ____Polling Waived ____Mistrial Declared

___ Court orders Pre-sentence Report with copies to be furnished to counsel and defendants pursuant to Rule 32, F. R. Cr. P./___ Copy of Pre-sentence Report not requested.

X___ Defendant shall remain on bond as previously set.

This the 17th day of November 2025.

cc: COR, USPO, USM
Deputy Clerk's Initials: MJY
TIC: 5/23