# JURY QUESTION
3:25-cv-5-GFVT
USA v. Hall

Eastern District of Kentucky
FILED
NOV 17 2025
AT FRANKFORT
Robert R. Carr
CLERK U.S. DISTRICT COURT

QUESTION(S):

We have choosen to break for the night and return in the morning

Jury Foreman # 385