UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
CRIMINAL MINUTES-JURY TRIAL – DAY 7
FRANKFORT

Case No. 3:25-cr-05-01-GFVT At: Frankfort Date: November 18, 2025

Style: U.S.A. v. Howard Keith Hall, X present; __ custody; X bond; __ OR; AGE __

---

DOCKET ENTRY: The Court recognized the Jury to resume their deliberations. The jury question shall be filed into the record. The defendant being found not guilty on all counts of the indictment, a Judgment of Acquittal shall be entered.

---

PRESENT: HON. ______________________, UNITED STATES DISTRICT JUDGE
GREGORY F. VAN TATENHOVE

Counsel for the United States: Kate K. Smith, AUSA

Counsel for Defendant: J. Guthrie True & Abigail Schueler; X Present; __ Appointed; X Retained

Court Reporter: Sandy Wilder Courtroom Deputy Clerk: Mary Jane Younce

---

_X_ JURY TRIAL – DAY 7 ____COURT TRIAL

The Jury previously impaneled as follows:

| | | | | | | |
|---|---|---|---|---|---|---|
| 1) 327 | (2) 375 | (3) 385 | (4) 35 | (5) 355 | (6) 332 | (7) 322 |
| (8) 346 Alternate | (9) 2 | (10) 326 | (11) 16 | (12) 339 | (13) 359 Alternate | (14) 23 |

___ Introduction of Evidence for plaintiff/defendant began/resumed and concluded.

___ Rebuttal evidence; __Sur-rebuttal evidence.

___ Case continued to ____________, 2025, at the hour of ________ a.m., at Frankfort, Kentucky., for sentencing subject to intervening orders of the Court.

X Jury retires to deliberate at 9:33 a.m. on 11/18/25; Jury returns at 12:50 p.m on 11/18/2025.

X JURY VERDICT. See Signed Verdict as to each Defendant. ___FINDING BY COURT.

___ Jury Polled. ____Polling Waived ____Mistrial Declared

___ Court orders Pre-sentence Report with copies to be furnished to counsel and defendants pursuant to Rule 32, F. R. Cr. P./___ Copy of Pre-sentence Report not requested.

X__ The Defendant being found not guilty, is RELEASED.

This the 18th day of November 2025.

cc: COR, USPO, USM
Deputy Clerk's Initials: MJY
TIC: 0/09