Eastern District of Kentucky
FILED
NOV 18 2025
AT FRANKFORT
Robert R. Carr
CLERK U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
FRANKFORT

CRIMINAL ACTION NO. 3:25-cr-00005-GFVT-MAS-1

UNITED STATES OF AMERICA                                    PLAINTIFF

V.                         VERDICT FORM

HOWARD KEITH HALL                                           DEFENDANT

\* \* \* \* \*

We, the jury, unanimously find the following:

COUNT 1

Question 1: As to **first Count** of the indictment for Mail Fraud, we the jury, unanimously find defendant **Howard Keith Hall**:

Guilty _____                    Not Guilty ___✓_____

COUNT 2

Question 2: As to **the Second Count** of the indictment for Mail Fraud, we the jury, unanimously find defendant **Howard Keith Hall**:

Guilty _____                    Not Guilty ___✓_____

## COUNT 3

<u>Question 3:</u> As to **the Third Count** of the indictment for Theft Concerning Programs Receiving Federal Funds, we the jury, unanimously find defendant **Howard Keith Hall**:

Guilty _____        Not Guilty ___✓_____

FOREPERSON __#385__        DATE __11-18-2025__