AO 245A (Rev. 12/03) Judgment of Acquittal

# UNITED STATES DISTRICT COURT

| EASTERN | DISTRICT OF | KENTUCKY-FRANKFORT |

UNITED STATES OF AMERICA

V.

HOWARD KEITH HALL

**JUDGMENT OF ACQUITTAL**

CASE NUMBER: 3:25-CR-05-01-GFVT

Eastern District of Kentucky
FILED
NOV 18 2025
AT FRANKFORT
Robert R. Carr
CLERK U.S. DISTRICT COURT

The Defendant was found not guilty. IT IS ORDERED that the Defendant is acquitted, discharged, and any bond exonerated.

_____
Signature of Judge

| Hon. Gregory F. Van Tatenhove | U.S. District Judge |
|---|---|
| Name of Judge | Title of Judge |

11/18/2025
Date